No. 84–6810. WHIDDON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–6812. ROACH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–6813. SHEPPARD ET UX. *v.* ERMAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 84–6815. BRODIS *v.* DETROIT PUBLIC SCHOOL ADMINISTRATORS ET AL. Sup. Ct. Mich. Certiorari denied.

No. 84–6816. LIKAKUR *v.* KING COUNTY SUPERIOR COURT ET AL. Sup. Ct. Wash. Certiorari denied.

No. 84–6818. COOMBS *v.* MCGARRY ET AL. C. A. 3d Cir. Certiorari denied.

No. 84–6819. ARNOLD *v.* REAGAN, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 84–6820. KANE *v.* EDWARDS, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 84–6824. SPAN *v.* DELAINE. C. A. 11th Cir. Certiorari denied.

No. 84–6827. ROSS *v.* MAYFIELD, SUPERINTENDENT, FULTON STATE HOSPITAL. C. A. 8th Cir. Certiorari denied.

No. 84–6829. MOSES *v.* MARATHON OIL CO. C. A. 5th Cir. Certiorari denied.

No. 84–6830. COLSON *v.* BOARD OF REGENTS ET AL. C. A. 7th Cir. Certiorari denied.

No. 84–6834. CANTONE *v.* SCULLY, SUPERINTENDENT, NEW YORK CORRECTIONAL FACILITY AT GREEN HAVEN, ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–6836. ADAMS *v.* GRAHAM ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–6837. HARROD *v.* CITY OF LINCOLN, NEBRASKA, ET AL. C. A. 8th Cir. Certiorari denied.